IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| **TERRY ROSE, JR.** | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )     Case No. 1:16-cv-00067-TAV-CHS |
| | ) |
| **CARROLL'S LLC d/b/a** | ) |
| **CARROLL TIRE COMPANY.** | ) |
| | ) |
|     Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the Parties, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, having entered into a voluntary settlement of all claims in this litigation and having fulfilled all necessary obligations under the terms of their confidential settlement and release agreement, hereby stipulate to the dismissal, with prejudice, of the above-captioned action. Each Party shall bear their own costs except as otherwise agreed.

Respectfully submitted this 14th day of July, 2017.

                                                        s/Douglas S. Hamill
                                                        Harry F. Burnette
                                                        Frank P. Pinchak
                                                        Douglas S. Hamill
                                                        BURNETTE DOBSON & PINCHAK
                                                        711 Cherry Street
                                                        Chattanooga, TN 37402
                                                        Phone: (423)266-2121
                                                        Fax: (423)266-3324
                                                        hburnette@bdplawfirm.com
                                                        fpinchak@bdplawfirm.com
                                                        dhamill@bdplawfirm.com

                                                        **ATTORNEYS FOR PLAINTIFF**

s/Mark E. Stamelos
Mark E. Stamelos, BPR No. 021021
**FORDHARRISON LLP**
150 3rd Avenue South, Suite 2010
Nashville, Tennessee 37201
Tel: (615) 574-6700/ Fax: (615) 574-6701
mstamelos@fordharrison.com

Russell W. Jackson, BPR No. 27322
**FORDHARRISON** LLP
1715 Aaron Brenner Drive, Suite 200
Memphis, Tennessee 38120
Telephone: (901) 291-1500
Facsimile: (901) 291-1501
rjackson@fordharrison.com

**ATTORNEYS FOR DEFENDANT**

WSACTIVELLP:9244295.1

2

Case 1:16-cv-00067-TAV-CHS    Document 41    Filed 07/14/17    Page 2 of 2    PageID #: 245